NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DUKE UNIVERSITY,**
*Appellant*

**v.**

**BIOMARIN PHARMACEUTICAL INC.,**
*Appellee*

_____

2018-1696

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00535.

_____

**JUDGMENT**

_____

STEVEN A. ZALESIN, Patterson Belknap Webb & Tyler LLP, New York, NY, argued for appellant.  Also represented by GEORGE B. FLEMING, EUGENE M. GELERNTER, ZHIQIANG LIU; IRENA ROYZMAN, Kramer Levin Naftalis & Frankel LLP, New York, NY.

GERALD MYERS MURPHY, JR., Birch Stewart Kolasch & Birch, LLP, Falls Church, VA, argued for appellee.  Also represented by MARYANNE ARMSTRONG.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 11, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court